Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-23869 (JNP)**

Ronald E. Demarchi and Karen Demarchi  
1015 New Road  
Linwood, NJ  08221

Monthly Payment: $497.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/03/2018 | $220.00 | 08/21/2018 | $220.00 | 09/25/2018 | $220.00 | 10/22/2018 | $220.00 |
| 11/28/2018 | $497.00 | 12/26/2018 | $497.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD E. DEMARCHI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,765.00 | $1,722.98 | $42.02 | $810.48 |
| 1 | ATHLETA DC / SYNCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $3,739.59 | $0.00 | $3,739.59 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CHASE / BANK ONE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $14,667.12 | $0.00 | $14,667.12 | $0.00 |
| 6 | JCPENNY / COMENITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,917.24 | $0.00 | $4,917.24 | $0.00 |
| 8 | MAZDA CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUICKEN LOANS, INC. | 24 | $9,662.20 | $0.00 | $9,662.20 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $2,043.74 | $0.00 | $2,043.74 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK, N.A. | 33 | $9,517.01 | $0.00 | $9,517.01 | $0.00 |
| 13 | BRUNO BELLUCCI III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | KAREN DEMARCHI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 33 | $1,257.56 | $0.00 | $1,257.56 | $0.00 |
| 17 | JPMORGAN CHASE BANK, N.A. | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK USA, N.A. | 33 | $417.54 | $0.00 | $417.54 | $0.00 |
| 19 | CAPITAL ONE BANK USA, N.A. | 33 | $5,584.15 | $0.00 | $5,584.15 | $0.00 |
| 20 | AMERICAN EXPRESS | 33 | $33,218.00 | $0.00 | $33,218.00 | $0.00 |
| 21 | AMERICAN INFOSOURCE, LP | 33 | $157.28 | $0.00 | $157.28 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 2.00 | $0.00 |
| 10/01/2018 | Paid to Date | $660.00 |
| 11/01/2018 | 57.00 | $497.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,874.00 |
| Total paid to creditors this period: | $810.48 |
| Undistributed Funds on Hand: | $456.25 |
| Arrearages: | $277.00 |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**