**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ronald | E | DeMarchi |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Karen | | DeMarchi |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court For the: District     District of  New Jersey
                                                                (State)

Case Number:  18-23869
(If known)

Official Form 423
# Certification About a Financial Management Course
12/15

**If you are an individual, you must take an approved course about personal financial management if:**

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course.**
**If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

## Part 1:   Tell the Court About the Required Course

*You must check one:*

☑ **I completed an approved course in personal financial management:**

Date I took the course    11/25/2019
                          MM / DD / YYYY

Name of approved provider   Consumer Education Services, Inc., CBA Start Fresh Today/DBA Affordable Bankruptcy Course

Certificate number   02998-NJ-DE-033745652

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on**
*(check one)*:

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2:   Sign Here

I certify that the information I have provided is true and correct.

| | | |
|---|---|---|
| /S/ Karen DeMarchi | Karen DeMarchi | Date  11/25/2019 |
| Signature of debtor named on certificate | Printed name of debtor | MM / DD / YYYY |

Official Form 423                    **Certification About a Financial Management Course**