Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23869−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald E. DeMarchi | Karen DeMarchi |
| 1015 New Road | 1015 New Road |
| Linwood, NJ 08221 | Linwood, NJ 08221 |

Social Security No.:
xxx−xx−9121                                              xxx−xx−6023

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

TO: <u>Ronald E. DeMarchi and Karen DeMarchi</u>
        Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 28, 2022
JAN: dmb

<u>Jeanne Naughton, Clerk</u>