Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23869−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald E. DeMarchi | Karen DeMarchi |
| 1015 New Road | 1015 New Road |
| Linwood, NJ 08221 | Linwood, NJ 08221 |

Social Security No.:
  xxx−xx−9121                              xxx−xx−6023

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

  TO: Ronald E. DeMarchi and Karen DeMarchi
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 28, 2022
JAN: dmb

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 18-23869-JNP
Ronald E. DeMarchi                                                                Chapter 13
Karen DeMarchi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2
Date Rcvd: Nov 28, 2022                 Form ID: ntcfncur                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ronald E. DeMarchi, Karen DeMarchi, 1015 New Road, Linwood, NJ 08221-1106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

**Name**              **Email Address**

Bruno Bellucci, III
    on behalf of Joint Debtor Karen DeMarchi jkearney@bellucilaw.net
    bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net

Bruno Bellucci, III
    on behalf of Debtor Ronald E. DeMarchi jkearney@bellucilaw.net
    bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 28, 2022 | Form ID: ntcfncur | Total Noticed: 1

Jennifer L. Kearney
    on behalf of Joint Debtor Karen DeMarchi jkearney@belluccilaw.net

Jennifer L. Kearney
    on behalf of Debtor Ronald E. DeMarchi jkearney@belluccilaw.net

Kevin Gordon McDonald
    on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9