Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–23869–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald E. DeMarchi | Karen DeMarchi |
| 1015 New Road | 1015 New Road |
| Linwood, NJ 08221 | Linwood, NJ 08221 |

Social Security No.:
xxx–xx–9121                                    xxx–xx–6023

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 11, 2023            Jerrold N. Poslusny Jr.
                                   Judge, United States Bankruptcy Court